UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANNA MASSAQUI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2448 |
| v. | : | (JUDGE MANNION) |
| CHAPLAIN S. MORRIS, *et al.*, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 110)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the DOC Defendants' motion for summary judgment, **(Doc. 80)**, with respect to all of the plaintiff's claims in his complaint, **(Doc. 1)**, against all eight defendants is **GRANTED IN ITS ENTIRETY** and, **JUDGMENT** is entered in favor of the defendants and against the plaintiff.

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 11, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2448-01-ORDER.wpd